USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 8 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JAVIER ERNESTO SUAREZ,

            Plaintiff,

-against-

BROTHERS HARVEY, LLC, *doing business as Reservoir Bar*, and LOUIS FUGAZY,

            Defendants.

------------------------------------x

ORDER

19 Civ. 9016 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in the above-mentioned FLSA action have reached a settlement and jointly move for an order approving the settlement. (ECF No. 14–15.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs, which is inclusive of the payment of attorneys' fees and costs to Plaintiff's attorneys, in the amount of $6,000 is approved;

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
      January 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge